UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM EUGENE FIELDS,<br><br>              Petitioner,<br><br>   v.<br><br>PIERCE COUNTY,<br><br>             Respondent. | CASE NO. 3:22-cv-05593-BJR-JRC<br><br>ORDER TO SHOW CAUSE |

Petitioner William Eugene Fields filed a proposed § 2254 habeas petition and an application to proceed *in forma pauperis* ("IFP"). Dkt. 1, 1-1. Petitioner's IFP application indicates that he has a running account balance of $60.14 and that he has received multiple deposits to his prison trust account ranging from $19.00 to $100.00 over the last several months. Dkt. 1. Because it appears that petitioner may have funds sufficient to pay the $5.00 filing fee, he should do so or provide the Court with an explanation of why he cannot.

Accordingly, petitioner is ordered to show cause why his IFP application should not be denied on or before September 26, 2022. In the alternative, petitioner may pay the $5.00 filing

1  fee before that date. Failure to show cause or pay the amount shall be deemed a failure to
2  properly prosecute this matter and the Court will recommend dismissal of this case.
3      Dated this 26th day of August, 2022.

                        J. Richard Creatura
                        Chief United States Magistrate Judge