UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM EUGENE FIELDS,<br><br>                    Petitioner,<br><br>        v.<br><br>PIERCE COUNTY,<br><br>                    Respondent. | CASE NO. 3:22-cv-05593-BJR-JRC<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

This is a federal habeas action filed under 28 U.S.C. § 2254. On August 15, 2022, petitioner William Eugene Fields filed an application to proceed *in forma pauperis* ("IFP"). Dkt. 1. On August 26, 2022, the Court ordered petitioner to show cause why his IFP application should not be denied or, in the alternative, that petitioner may pay the $5.00 filing fee before September 26, 2022. Dkt. 4. On September 6, 2022, petitioner responded to the Court's order, stating that he has a current running balance in his trust account of $2.06 and that his family members can no longer provide him with financial support. Dkt. 6. Taking into consideration these financial conditions, the Court finds petitioner has demonstrated that he is unable to afford

1  the $5.00 filing fee. Petitioner's IFP application (Dkt. 1) is therefore GRANTED. The Clerk is

2  directed to file petitioner's petition for writ of habeas corpus without the prepayment of fees. The

3  Clerk is further directed to send a copy of this Order to petitioner.

4      Dated this 13th day of September, 2022.

                                         *J. Richard Creatura*
                                         Chief United States Magistrate Judge